**Order entered December 21, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00533-CR**
**No. 05-22-00534-CR**

**FELICIANO ROLMAN JUAREZAGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-25280-N & F20-25305-N**

**ORDER**

Before the Court is appellant's December 20, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **February 3, 2023**. If appellant fails to file his brief by February 3, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE